Rollan STANLEY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 61596.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 8, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1993.

Application to Transfer Denied
March 23, 1993.

Deborah B. Wafer, David C. Hemingway, Office of the Public Defender, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 29.15 motion following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).